# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed and served via the Court's CM/ECF system.

DATED: Honolulu, Hawaiʻi, June 20, 2025.

*s/ Claire Wong Black*
CLAIRE WONG BLACK
MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES LLC

130588794