CLAIRE WONG BLACK          09645
KEONI M. WILLIAMS          11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-Mail:     claire.black@dentons.com
            keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

*Additional counsel listed on next page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs*,<br><br>v. | Civil No. 1:25-cv-00230-SASP-WRP (Civil)<br><br>**NOTICE OF APPEARANCE OF KEONI M. WILLIAMS AS COUNSEL FOR PLAINTIFFS ABBVIE INC., ALLERGAN, INC., DURATA THERAPEUTICS, INC., ABBVIE PRODUCTS LLC, PHARMACYCLICS LLC, AND ALLERGAN SALES, LLC**<br><br>No Trial Date Set.<br><br>Judge: Hon. Judge Shanlyn A.S. Park |

ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,

       *Defendant*.

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Email:  matt.owen@kirkland.com
          meredith.pohl@kirkland.com

**NOTICE OF APPEARANCE OF KEONI M. WILLIAMS AS COUNSEL FOR PLAINTIFFS ABBVIE INC., ALLERGAN, INC., DURATA THERAPEUTICS, INC., ABBVIE PRODUCTS LLC, PHARMACYCLICS LLC, AND ALLERGAN SALES, LLC**

KEONI M. WILLIAMS of Dentons US LLP ("Dentons"), hereby gives notice of his appearance as counsel for Plaintiffs ABBVIE INC., ALLERGAN, INC., DURATA THERAPEUTICS, INC., ABBVIE PRODUCTS LLC, PHARMACYCLICS LLC, and ALLERGAN SALES, LLC ("Plaintiffs") in the above-referenced matter.

DATED:  Honolulu, Hawaiʻi, July 18, 2025.

Respectfully submitted,

/s/ *Keoni M. Williams*
CLAIRE WONG BLACK
KEONI M. WILLIAMS

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC