

Letter

**Claire Wong Black**
claire.black@dentons.com
D +1 808-441-6152

**Keoni M. Williams**
keoni.williams@dentons.com

July 21, 2025

**BY ELECTRONIC MAIL:** park_orders@hid.uscourts.gov

The Honorable Judge Shanlyn A.S. Park
District Judge, United States District Court
   for the District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

**Re:** ***AbbVie Inc., et al. vs. Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaiʻi;*** **Civil No. 1:25-CV-00230 SASP-WRP in the United States District Court for the District of Hawaii**

Dear Judge Park:

This letter confirms that the parties agreed to reschedule the hearing on Plaintiffs' motion for preliminary injunction, set for September 4, 2025, to September 25, 2025 at 9:00 a.m., with briefing deadlines to remain the same—opposition due August 6, 2025 and reply due August 26, 2025 (*see* Dkt. 19).

Plaintiffs appreciate the Court's accommodation of the request to reschedule and defense counsel's professional courtesy.

Respectfully submitted,

/s/ Claire Wong Black
Claire Wong Black

cc: All Parties (via e-mail)

**Alston Hunt Floyd & Ing is now Dentons and continuing to serve clients throughout Hawaiʻi and across the globe.**