IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company), | Civil No. 1:25-cv-00230-SASP-WRP **DECLARATION OF CHRISTOPHER T. HAN** |
| *Plaintiffs,* | |
| v. | |
| ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAIʻI, | |
| *Defendant.* | |

## DECLARATION OF CHRISTOPHER T. HAN

I, Christopher T. Han, declare under penalty of perjury pursuant to 28

U.S.C. § 1746 that the following is true and correct.

1.      I am an attorney at the State of Hawaiʻi Department of the

Attorney General, licensed to practice law before all courts of the State of

Hawaiʻi.  I am counsel of record for Defendant Anne E. Lopez, in her official

1

capacity as Attorney General of the State of Hawaiʻi in this matter, and one of the Department's attorneys chiefly responsible for this representation.

2.    I make this declaration upon personal knowledge in support of Defendant's Motion to Dismiss and am competent to testify to the matters set forth herein.

3.    Attached as **Exhibit A** is a summary of lawsuits by pharmaceutical manufacturers across the county challenging the constitutionality of various state laws concerning the 340B program.

4.    Attached as **Exhibit B** is a true and correct copy of Act 143, formerly H.B. 712, of the 2025 Session Laws of Hawaiʻi.

5.    Attached as **Exhibit C** is a true and correct copy of the public testimony received for H.B. 712 for the January 31, 2025 hearing before the House Committee on Health.

6.    Attached as **Exhibit D** is a true and correct copy of House Standing Committee Report 70 for the 2025 Legislative Session regarding H.B. 712 by the House Committee on Health.

7.    Attached as **Exhibit E** is a true and correct copy of House Standing Committee Report 558 for the 2025 Legislative Session regarding H.B. 712, H.D. 1 by the House Committee on Consumer Protection & Commerce.

8.     Attached as **Exhibit F** is a true and correct copy of House Standing Committee Report 1072 for the 2025 Legislative Session regarding H.B. 712, H.D. 2 by the House Committee on Judiciary & Hawaiian Affairs.

9.     Attached as **Exhibit G** is a true and correct copy of Senate Standing Committee Report 1330 for the 2025 Legislative Session regarding H.B. 712, H.D. 2, S.D. 1 by the Senate Committees on Health and Human Services and Commerce and Consumer Protection.

10.     **Exhibits B through G** are all publicly available on the Hawaii State Legislature's website at the following URL:

https://www.capitol.hawaii.gov/session/measure_indiv.aspx?billtype=HB&billnumber=712&year=2025.

11.     Attached as **Exhibit H** is a true and correct copy of the American Hospital Association's report titled *More Drug Company Oversight Needed to Maintain Compliance with 340B Program Rules*, which can be found publicly online at the following URL: https://www.aha.org/guidesreports/2025-06-16-more-drug-company-oversight-needed-maintain-compliance-340b-program-rules.

12.     Attached as **Exhibit I** is a true and correct copy of Arkansas' Act 1103, which was the subject of *Pharm. Rsch. & Manufacturers of Am. v. McClain*, 95 F.4th 1136, 1142 (8th Cir. 2024).

13.     Attached as **Exhibit J** is a true and correct copy of Mississippi's HB 728, which was the subject of *AbbVie Inc. v. Fitch*, No. 1:24-CV-184-HSO-BWR, 2024 WL 3503965 at *14 (S.D. Miss. July 22, 2024).

14.     Attached as **Exhibit K** is a true and correct copy of Louisiana's Act 358, which was the subject of *Pharm. Rsch. & Manufacturers of Am. v. Murrill*, No. 6:23-CV-00997, 2024 WL 4361597 (W.D. La. Sept. 30, 2024).

15.     Attached as **Exhibit L** is a true and correct copy of Missouri's S.B. 751, which was the subject of *Astrazenca Pharms. LP v. Bailey*, No. 2:24-CV-04143-MDH, 2025 WL 644285 (W.D. Mo. Feb. 27, 2025).

16.     Attached as **Exhibit M** is a true and correct copy of Tennessee's S.B. 1414, which was the subject of *AbbVie Inc. v. Skrmetti*, No. 3:25-CV-00519, 2025 WL 1805271 (M.D. Tenn. June 30, 2025).

17.     Attached as **Exhibit N** is a true and correct copy of West Virginia's S.B. 325, which was the subject of *Pharm. Rsch. & Manufacturers of Am. v. Morrisey*, 760 F. Supp. 3d 439 (S.D.W. Va. 2024).

Executed in Honolulu, Hawai'i, August 4, 2025.

/s/ Christopher T. Han
CHRISTOPHER T. HAN