IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs,*<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>*Defendant.* | Civil No. 1:25-cv-00230-SASP-WRP<br><br>**CERTIFICATE OF COMPLIANCE** |

## **CERTIFICATE OF COMPLIANCE**

This memorandum in support to Defendant's Motion to dismiss complies with the word-count limitation of L.R7.4(b) because it contains 6,162 words, exclusive of the case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service, as counted by Microsoft Word. *See* LR 7.4(d), (e).

1



DATED: Honolulu, Hawaiʻi, August 4, 2025.

/s/ Christopher T. Han
CHRISTOPHER J.I. LEONG
CHRISTOPHER T. HAN

Counsel for Defendant
ANNE E. LOPEZ, in her official capacity as
ATTORNEY GENERAL OF THE STATE
OF HAWAIʻI