CLAIRE WONG BLACK         09645
KEONI M. WILLIAMS          11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi 96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-Mail:       claire.black@dentons.com
                 keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

*Additional counsel listed on next page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>                    Plaintiffs,<br><br>         v. | Civil No. 1:25-cv-00230-SASP-WRP (Civil)<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY**<br><br><br><br>No Trial Date Set.<br><br>Judge: Hon. Judge Shanlyn A.S. Park |

ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,

        Defendant.

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Email:      matt.owen@kirkland.com
              meredith.pohl@kirkland.com

## STIPULATION AND ORDER REGARDING DISCOVERY

Plaintiffs AbbVie Inc., Allergan Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, Allergan Sales LLC (collectively, "AbbVie" or "Plaintiffs") and Defendant Anne E. Lopez in her official capacity as Attorney General of the State of Hawaiʻi (together with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, the Court entered an Order setting the hearing on Plaintiffs' Motion for Preliminary Injunction ("Motion") for September 25, 2025, at 9:00 a.m. (Dkt. 23);

WHEREAS, the Parties wish for an expeditious resolution of the pending lawsuit and believe that permitting limited discovery will be conducive to that end;

WHEREAS, Plaintiffs believe third party discovery will assist in their ability to develop and substantiate the record in support of their Motion;

WHEREAS, Defendant is contemplating taking the deposition of Edward Scheidler, who submitted a Declaration in support of Plaintiffs' Motion, and of Dr. Alice Chen and Dr. Amitabh Chandra, who have submitted expert reports in support of Plaintiffs' Motion, prior to the hearing;

NOW THEREFORE, the Parties stipulate that discovery may proceed during the pendency of the preliminary injunction proceedings and in advance of a Rule 26(f) conference within the following parameters:

1) Third party discovery pursuant to Rule 45; and

2) The depositions of Edward Scheidler, Dr. Alice Chen, and Dr. Amitabh Chandra on a mutually agreeable date pursuant to Rule 30, not to exceed six (6) hours each.

*See* Fed. R. Civ. P. 26(a)(1)(B) (parties may seek discovery in advance of a Rule 26(f) conference where agreed "by stipulation").

Nothing in this stipulation shall be construed to prejudice either party or constitute a waiver of the respective party's rights, including objecting to the introduction of any evidence or testimony at the upcoming hearing for the Motion.

DATED: Honolulu, Hawai'i, August 6, 2025.

*/S/ CLAIRE WONG BLACK*
CLAIRE WONG BLACK
KEONI M. WILLIAMS

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*

Attorneys for Plaintiffs
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

---

*AbbVie Inc., et al. vs. Anne E. Lopez, in her official capacity as Attorney General of the State of Hawai'i .*; 1:25-CV-00230-SASP-WRP; **STIPULATION AND ORDER REGARDING DISCOVERY**

DATED: Honolulu, Hawaiʻi, August 6, 2025.

                /s/ CHRISTOPHER T. HAN
                CHRISTOPHER J.I. LEONG
                CHRISTOPHER T. HAN

                Attorneys for Defendant
                ANNE E. LOPEZ in her official capacity as
                ATTORNEY GENERAL OF THE STATE
                OF HAWAIʻI

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaiʻi, August 7, 2025.



Shanlyn Park
United States District Judge

---

*AbbVie Inc., et al. vs. Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaiʻi .*; 1:25-CV-00230-SASP-WRP; **STIPULATION AND ORDER REGARDING DISCOVERY**