IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs,*<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>*Defendant.* | Civil No. 1:25-cv-00230-SASP-WRP<br><br>**NOTICE OF RELATED CASE** |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40.2, Defendant Anne E. Lopez in her official capacity as Attorney General of the State of Hawaiʻi, by and through her undersigned attorneys, submits this notice of the following related proceeding in this district: *Pharmaceutical Research and Manufacturers of America v. Anne E. Lopez in her Official Capacity as Attorney General of Hawaiʻi*, Civil No. 1:25-cv-00292-DKW-KJM.

1

Both lawsuits challenge the constitutionality of Hawaii's recently enacted Act 143 (formerly H.B. 712), alleging the violation of the Supremacy Clause under the U.S. Constitution.  However, AbbVie's lawsuit alleges additional violations under the Takings Clause, Commerce Clause, and Due Process Clause of the U.S. Constitution.  Plaintiff Pharmaceutical Research and Manufacturers of America has also filed a motion for preliminary injunction, the hearing for which is currently set for October 3, 2025, at 10:00 a.m.  Defendant takes no position as to whether the two matters should be consolidated.

DATED: Honolulu, Hawaiʻi, August 22, 2025.

/s/ Christopher T. Han
CHRISTOPHER J.I. LEONG
CHRISTOPHER T. HAN

Counsel for Defendant
ANNE E. LOPEZ, in her official capacity as
ATTORNEY GENERAL OF THE STATE
OF HAWAIʻI