CLAIRE WONG BLACK 9645
KEONI M. WILLIAMS 11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawai‘i 96813
Telephone: (808) 524-1800
E-Mail: claire.black@dentons.com
keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

*Additional counsel listed on next page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),

*Plaintiffs*,

v.

ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAI‘I,

*Defendant*.

Civil No. 1:25-cv-00230-SASP-WRP (Civil)

**CERTIFICATE OF SERVICE** [RE: **(1)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBITS B-E & G*, **(2)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT F*, **(3)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT A*, **(4)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON*

*ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBITS B-E & G*, **(5)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBIT F*, **AND (6)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBIT A*, DATED SEPTEMBER 22, 2025]

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*
HANNA EDDY, *pro hac vice*
RILEY SATTERWHITE, *pro hac vice*
NEIL JOSEPH, *pro hac vice*

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
E-mail: matt.owen@kirkland.com
meredith.pohl@kirkland.com
hanna.eddy@kirkland.com
riley.satterwhite@kirkland.com
neil.joseph@kirkland.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **(1)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBITS B-E & G*, **(2)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT F*, **(3)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT A*, **(4)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBITS B-E & G*, **(5)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBIT F*, **AND (6)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE EXHIBIT A*, DATED SEPTEMBER 22, 2025 was duly served on the following persons by e-mail, U.S. mail, postage prepaid or hand delivery (as indicated below) to their respective addresses on September 22, 2025:

| | E-MAIL | MAIL | HAND DELIVERY |
|---|---|---|---|
| ANNE E. LOPEZ, ESQ.<br>CHRISTOPHER J.I. LEONG, ESQ.<br>CHRISTOPHER T. HAN, ESQ.<br>Email: Christopher.ji.leong@hawaii.gov<br>Christopher.t.han@hawaii.gov<br><br>Attorneys for Defendant | [ X ] | | |
| KEVIN W. HERRING, ESQ.<br>ROBERT I. PARK, ESQ.<br>Email: kherring@awlaw.com<br>rpark@awlaw.com<br><br>WILLIAM B. SCHULTZ, ESQ.<br>(*Pro Hac Vice)*<br>MARGARET M. DOTZEL, ESQ.<br>(*Pro Hac Vice*)<br>ALYSSA HOWARD, ESQ.<br>(*Pro Hac Vice*)<br>COURTNEY CHRISTENSEN, ESQ.<br>(*Pro Hac Vice*)<br>Email: wschultz@zuckerman.com<br>mdotzel@zuckerman.com<br>ahoward@zuckerman.com<br>cchristensen@zuckerman.com<br><br>Attorneys for Amicus Curiae AMERICAN HOSPITAL ASSOCIATION, 340B HEALTH, HEALTHCARE ASSOCIATION OF HAWAII, AND AMERICAN SOCIETY OF HEATH-SYSTEM PHARMACISTS | [ X ] | | |

DATED: Honolulu, Hawai‘i, September 22, 2025.

/S/ CLAIRE WONG BLACK

CLAIRE WONG BLACK
KEONI M. WILLIAMS

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*
HANNA EDDY, *pro hac vice*
RILEY SATTERWHITE, *pro hac vice*
NEIL JOSEPH, *pro hac vice*

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC