CLAIRE WONG BLACK 9645
KEONI M. WILLIAMS 11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawai‘i 96813
Telephone: (808) 524-1800
E-Mail: claire.black@dentons.com
keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

*Additional counsel listed on next page*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),

*Plaintiffs*,

v.

ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAI‘I,

*Defendant*.

Civil No. 1:25-cv-00230-SASP-WRP
(Consolidated Case)

**PLAINTIFFS’ AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBIT A**

[Eric King and/or other Designated Representative of The Queen’s Medical Center]

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAI‘I,<br><br>*Defendant*. | Civil No. 1:25-cv-00292-SASP-WRP |

CHRISTINE SHANG 11337

**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3431
E-mail: christine.shang@kirkland.com

MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*
HANNA EDDY, *pro hac vice*
RILEY SATTERWHITE, *pro hac vice*
NEIL JOSEPH, *pro hac vice*

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
E-mail: matt.owen@kirkland.com
meredith.pohl@kirkland.com
hanna.eddy@kirkland.com
riley.satterwhite@kirkland.com
neil.joseph@kirkland.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

**PLAINTIFFS' AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE on behalf of Plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (collectively "AbbVie"), by and through their undersigned counsel, the following deposition will be taken at the office of Dentons US LLP, 1001 Bishop Street, Suite 1800, Honolulu, HI 96813 on the date and time indicated below. The deposition shall be taken by Lexitas (Telephone: (888-893-3767)).

| DEPONENT | DATE AND TIME |
|---|---|
| Eric King and/or other Designated Representative<br>of The Queen's Medical Center<br>1301 Punchbowl Street<br>Honolulu, Hawaiʻi 96813 | March 3, 2026<br>9:00 a.m. HST |

The deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an officer duly authorized by law to administer oaths in the State of Hawaiʻi, and the testimony will be recorded by stenographic and videographic means. A copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION attached as Exhibit A will be served upon the deponent. The deposition will continue day to day until completed. You are invited to attend and cross-examine. The witness may request, before the deposition is completed, to review the transcript or recording and if there are changes in form or

substance, to sign a statement listing the changes and the reasons for making them, pursuant to FRCP 30(e).

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, The Queen's Medical Center is required to designate one or more officers, directors, managing agents, or other persons who are willing and knowledgeable to testify on its behalf concerning the topics listed in Exhibit 1 attached to Exhibit A. The Queen's Medical Center may specify the matters on which each designated person will testify. The person(s) designated shall testify as to matters known or reasonably available to themselves as well as to The Queen's Medical Center.

DATED: Honolulu, Hawai‘i, February 24, 2026.

/S/ CLAIRE WONG BLACK
CLAIRE WONG BLACK
KEONI M. WILLIAMS

CHRISTINE SHANG
MATTHEW S. OWEN, P.C., *pro hac vice*
MEREDITH M. POHL, *pro hac vice*
HANNA EDDY, *pro hac vice*
RILEY SATTERWHITE, *pro hac vice*
NEIL JOSEPH, *pro hac vice*

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC