CLAIRE WONG BLACK 9645
KEONI M. WILLIAMS 11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: claire.black@dentons.com
keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs*,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAI'I,<br><br>*Defendant*. | Civil No. 1:25-cv-00230-SASP-WRP<br><br>**CERTIFICATE OF SERVICE** [RE: **(1)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT A (Custodian of Records of Accredo Health Group, Inc.)*, **(2)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBIT A (Designated Representative of Accredo Health Group, Inc.)*, **(3)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION;* |

*EXHIBIT A (Custodian of Records of Verity Solutions Group, Inc.)*, and **(4)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBIT A (Designated Representative of Verity Solutions Group, Inc.)*]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **(1)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT A (Custodian of Records of Accredo Health Group, Inc.)*, **(2)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBIT A (Designated Representative of Accredo Health Group, Inc.)*, **(3)** *PLAINTIFFS' NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION; EXHIBIT A (Custodian of Records of Verity Solutions Group, Inc.)*, and **(4)** *PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE; EXHIBIT A (Designated Representative of Verity Solutions Group, Inc.)*, dated March 31, 2026

was duly served on the following persons by e-mail, U.S. mail, postage prepaid or hand delivery (as indicated below) to their respective addresses on March 31, 2026:

| | **E-MAIL** | **MAIL** | **HAND DELIVERY** |
| --- | --- | --- | --- |
| CHRISTOPHER J.I. LEONG, ESQ.<br>CHRISTOPHER T. HAN, ESQ.<br>NICHOLAS K.N. KIDO, ESQ.<br>Email: Christopher.ji.leong@hawaii.gov<br>Nicholas.kn.kido@hawaii.gov<br>Christopher.t.han@hawaii.gov<br><br>Attorneys for Defendant Anne E. Lopez | **[ X ]** | | |

DATED: Honolulu, Hawai‘i, April 1, 2026.

/S/ CLAIRE WONG BLACK
CLAIRE WONG BLACK
KEONI M. WILLIAMS

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC