CLAIRE WONG BLACK 9645
KEONI M. WILLIAMS 11857

**DENTONS US LLP**
1001 Bishop Street, Suite 1800
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: claire.black@dentons.com
keoni.williams@dentons.com

*Counsel for Plaintiffs*
ABBVIE INC., ALLERGAN, INC.,
DURATA THERAPEUTICS, INC.,
ABBVIE PRODUCTS LLC,
PHARMACYCLICS LLC, AND
ALLERGAN SALES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),

*Plaintiffs*,

v.

ANNE E. LOPEZ, in her official capacity as ATTORNEY GENERAL OF THE STATE OF HAWAI'I,

*Defendant*.

Civil No. 1:25-cv-00230-SASP-WRP

**PROOF OF SERVICE**

[Re: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action - Custodian of Records of Longs Drug Stores California, L.L.C.]

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00230-SASP-WRP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Custodian of Records of Longs Drug Store California LLC

on *(date)* 4/3/2026 .

☑ I served the subpoena by delivering a copy to the named person as follows: Jo Byrne Intake Specialist CT Corporation Authorized Agent For Longs Drug Store California LLC on *(date)* 4/3/2026 ; or 11:45 AM

☐ I returned the subpoena unexecuted because: ____________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 105.00 .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/3/2026

[signature]
*Server's signature*

Raymond Patcho
*Printed name and title*

1001 bishop st #1800
Honolulu, HI 96813
*Server's address*

Additional information regarding attempted service, etc.:

11:45 am

Wolters Kluwer
Jo Byrne
Intake Specialist
CT Corporation
sopinquiries@wolterskluwer.com

900 Fort Street Mall
~~1136 Union Mall~~
Suite ~~301~~ 1680
Honolulu, HI 96813

www.wolterskluwer.com